IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| D'LISA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>JRN, INC., a Tennessee corporation,<br><br>                    Defendant. | Case No. 3:22-cv-01253<br><br>Hon. Nancy J. Rosenstengel |

**JOINT MOTION TO EXTEND DEADLINE TO ANSWER**

**(FIRST REQUEST)**

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiff D'Lisa Williams ("Plaintiff") and Defendant JRN, Inc. ("JRN"), that the deadline for Defendant to file a response to the complaint is extended from June 20, 2024 to July 9, 2024.  This is the first stipulation for extension of time to file a response to the Complaint.

This request is made in the interest of providing the parties additional time to discuss Plaintiff's allegations and claims in the Complaint before Defendant is required to incur the cost of answering the Complaint. The parties' discussions have advanced, and the parties do not anticipate that a further extension will be necessary.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion To Extend Deadline to Answer Complaint and enter the proposed Order, submitted under separate cover.

**[THE REST OF THIS PAGE IS LEFT INTENTIONALLY BLANK]**

Dated:  June 20, 2024   Respectfully submitted,

**WOODROW & PELUSO, LLC**
By: */s/*
Steven L. Woodrow (swoodrow@woodrowpeluso.com)
Patrick H. Peluso (ppeluso@woodrowpeluso.com)
3900 East Mexico Ave.
Suite 300
Denver, CO 80210
Phone: (720) 213-0675
Phone: (720) 213-0676
*Counsel for Plaintiff D'Lisa Williams*

**COZEN O'CONNOR, P.C.**

By:  */s/ Melissa A. Siebert*
Melissa A. Siebert (msiebert@cozen.com)
123 N. Wacker Drive, 18th Floor
Chicago, Illinois 60606
Phone: (312) 474-4491

Lauren Gibbons (lgibbons@cozen.com) (*pro hac vice*)
Kamille Perry (kperry@cozen.com) (*pro hac vice*)
3WTC, 175 Greenwich St. 55th Floor
New York, NY 10007
Phone: (202) 280-6516
Phone: (212) 908-1330

*Counsel for Defendant JRN, Inc.*