IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| D'LISA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JRN, INC., a Tennessee corporation,<br><br>Defendant. | Case No. 3:22-cv-01253<br><br>Hon. Nancy J. Rosenstengel |

**PROPOSED AGREED ORDER TO EXTEND DEADLINE TO ANSWER**

This matter, coming before the Court, and the Court being fully apprised, IT IS HEREBY ORDERED:

1. The Parties' Joint Motion to Extend Deadline to Answer is GRANTED.

2. Defendant must file an answer by Tuesday, July 9, 2024.

Entered: _____    So Ordered: _____
                                                                              Hon. Nancy J. Rosenstengel