IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| D'LISA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JRN, INC., a Tennessee corporation,<br><br>　　　　Defendant. | Case No.: 3:22-cv-01253<br><br>Hon. Nancy J. Rosenstengel |

**DEFENDANT'S UNOPPOSED MOTION TO
RESCHEDULE JULY 18, 2024 SCHEDULING CONFERENCE**

　　Defendant JRN, Inc., by its undersigned counsel, hereby submits this Unopposed Motion to Reschedule July 18, 2024 Scheduling Conference, and in support thereof, states as follows:

　　1.　　Counsel for Defendant has a scheduling conflict due to an oral argument scheduled in another other case which is out of state.

　　2.　　The parties respectfully request that this Court vacate the scheduled July 18, 2024 hearing date, to be rescheduled at a later date.

　　3.　　Defendant has contacted Plaintiff's counsel and Plaintiff does not oppose this motion.

　　4.　　This request is made in good faith and not for the purpose of delay.

　　WHEREFORE, Defendant JRN, Inc., respectfully requests that the Court grant the instant Joint Motion, and enter an order vacating the July 18, 2024 scheduling conference and reschedule the scheduling conference for a future date and further relief as this Court may deem just and proper.

Dated: July 3, 2024 /s/ *Melissa A. Siebert*
Melissa A. Siebert
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7981
msiebert@cozen.com

Kamille E. Perry (*pro hac vice*)
COZEN O'CONNOR
3WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 908-1330
kperry@cozen.com

*Attorneys for Defendant JRN, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Melissa A. Siebert*