# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **D'LISA WILLIAMS,** individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**JRN, INC.,** a Tennessee corporation,<br><br>*Defendant*. | Case No. 3:22-cv-01253<br><br>Hon. Nancy J. Rosenstengel |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate that Plaintiff's claims are dismissed **without** prejudice, and that an order of dismissal to this effect may be entered forthwith. Each party shall bear her or its own costs and attorneys' fees.

Dated: October 8, 2024                                                         Respectfully submitted,


*/s/ Melissa A. Siebert*                                                         */s/ Patrick H. Peluso*
Melissa A. Siebert                                                                 Patrick H. Peluso

Melissa A. Siebert                                                                 Patrick H. Peluso*
Cozen O'Connor - Chicago                                                Woodrow & Peluso LLC
123 North Wacker Drive                                                    3900 E. Mexico Avenue
Suite 1800                                                                              Suite 300
Chicago, IL 60606                                                               Denver, Colorado, 80210
312-382-3100                                                                       (720) 213-0675
Fax: 312-382-8910                                                              ppeluso@woodrowpeluso.com
Email: msiebert@cozen.com

*Counsel for Defendant*                                                    *Counsel for Plaintiff*
                                                                                                *\* Pro hac vice*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on October 8, 2024.

                                                                         */s/ Patrick H. Peluso*