IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| D'LISA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JRN, INC.,<br><br>Defendant. | Case No. 3:22-CV-1253-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Joint Stipulation of Dismissal Without Prejudice filed on October 8, 2024 (Doc. 70), this entire action was **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: October 11, 2024

MONICA A. STUMP,
Clerk of Court

By: s/ *Deana Brinkley*
    Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**